IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RODGER SERATT                                              PLAINTIFF

      v.     Civil Nos. 07-5210 & 08-5176

TIMOTHY SERATT                                             DEFENDANT

## **O R D E R**

Plaintiff filed a complaint in Case No. 08-5176 on August 5, 2008. The allegations in this complaint relate to the same series of events and name the same defendant as Case No. 07-5210, which is set to proceed to trial on September 8, 2008. To allow both actions to proceed would result in duplicative, piecemeal litigation.

Accordingly, the Court finds that the complaint in Case No. 08-5176 should be **DISMISSED** and should instead be treated as a motion to amend the complaint in Case No. 07-5210. Accordingly, the Court hereby orders as follows:

* The complaint in Case No. 08-5176 is hereby **DISMISSED**.
* The District Court Clerk is directed to file the complaint in Case No. 08-5176 as a motion to amend the complaint in Case No. 07-5210.
* The District Court Clerk is further directed to refund the filing fee paid by plaintiff in Case No. 08-5176.
* Given the approaching trial date in Case No. 07-5210, the defendant shall have five days from the date of this

order to file a response to the motion to amend the complaint.

IT IS SO ORDERED this 13th day of August, 2008.

<pre>
                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
</pre>